OFFICE OF DISCIPLINARY COUNSEL *v.* HIPP.

[Cite as Disciplinary Counsel *v.* Hipp (1990), 48 Ohio St. 3d 16.]

(No. 89-718—Submitted September 13, 1989—Decided January 10, 1990.)

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Connolly, Hillyer & Welch* and *Hudson Hillyer,* for respondent.

*Per Curiam.* We agree that respondent violated DR 1-102(A)(3), 1-102(A)(4), 1-102(A)(5), 6-101(A)(3), 9-102(A) and 9-102(B), and we adopt the board's recommendation. Respondent is indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.